Submitted on record and briefs December 29, 1992, convictions affirmed; remanded for resentencing in part February 3, reconsideration denied April 28, petition for review allowed May 25, 1993 (316 Or 527)

STATE OF OREGON,
*Respondent,*

*v.*

JOHN WILLIAM ST. JOHN,
*Appellant.*

(91CR2444; CA A73366)

844 P2d 947

Sally L. Avera, Public Defender, and Peter Gartlan, Deputy Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and Riggs, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted on two counts of attempted rape, ORS 161.405; ORS 163.375, one count of sexual abuse in the first degree, ORS 163.427, and one count of attempted sexual abuse in the first degree. ORS 161.405; ORS 163.427. He contends that the court erred in the consecutive sentence imposed for Count 2, attempted rape, because it used the incorrect criminal history category. The state concedes that the court was incorrect in using category E. We accept the state's concession.

Convictions affirmed; remanded for resentencing on Count 2.